UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 08, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT DYWANE LIVINGSTON,

Defendant.

Case No. 2:26-cr-00144-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT DYWANE LIVINGSTON, Case No. 2:26-cr-00144-JAM, Charge 21 U.S.C. §§ 846, 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ 25,000.00.

X Unsecured Appearance Bond $ 25,000.00.

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The Defendant shall be released on 9/9/2026 at 9:00 a.m. and report directly to the Office of Pretrial Services.

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 08, 2026 at 2:09 p.m.

By: ______________________
Magistrate Judge Jeremy D. Peterson